

E-FILED
Thursday, 23 February, 2006 03:52:36 PM
Clerk, U.S. District Court, ILCD

In the United States District Court
For the Central District of Illinois
Urbana Division

**AFFIDAVIT ACCOMPANYING MOTION FOR
PERMISSION TO PROCEED IN FORMA PAUPERIS**

Amy Joan Schneider,

    Plaintiff

v.

Hon. John K. Greanias, et al.

    Defendants

Case No. 06mc2008

FILED
FEB 2 3 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

**Affidavit in Support of Motion**

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my petition or post a bond for them. I believe I am entitled to be heard. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)

Signed: Amy J. Schneider    Dated: 2/22/06

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0 | $ | $ | $ |
| Self-employment | $ 1400 | $ | $ 1400 | $ |
| Income from real property (such as rental income) | $ | $ | $ | $ |
| Interest and dividends | $ | $ | $ | $ |
| Gifts | $ | $ | $ | $ |
| Alimony | $ | $ | $ | $ |
| Child support | $ | $ | $ | $ |
| Retirement (such as social security, pensions, annuities, insurance) | $ | $ | $ | $ |
| Disability (such as social security, insurance payments) | $ | $ | $ | $ |
| Unemployment payments | $ | $ | $ | $ |
| Public-assistance (such as welfare) | $ | $ | $ | $ |
| Other (specify):_____ | $ | $ | $ | $ |
| **Total monthly income:** | $ 1400 | $ | $ 1400 | $ |

2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| Expert A Photography | 205 Saratoga Road Normal IL | 15 years | $1400.00 |

3. List your spouse's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| NA | | | |

4. How much cash do you and your spouse have? $ $10
Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| CEFCU | Checking | $1.40 | |

*If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.*

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home (Value) | Other real estate (Value) | Motor Vehicle #1 (Value) |
|---|---|---|
| 205 Saratoga Road Normal IL $135,000 | na | Make & year: na |
| | | Model: |
| | | Registration # |

| Motor Vehicle #2 (Value) | Other assets (Value) | Other assets (Value) |
|---|---|---|
| Make & year: | | |
| Model: | | |
| Registration # | | |

2

6. **State every person, business, or organization owing you or your spouse money, and the amount owed.**

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| NA | | |
| | | |
| | | |

7. **State the persons who rely on you or your spouse for support.**

| Name | Relationship | Age |
|---|---|---|
| Hailey C. Patterson | Daughter | 11 |
| Wayne "Eros" Patterson | Son | 7 |
| Tia J. Patterson | Daughter | 2 |

8. **Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.**

|  | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment (including lot rented for mobile home) | $ 611.20 | $ |
| Are real estate taxes included? [ ] Yes [X] No | | |
| Is property insurance included? [ ] Yes [X] No | | |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 250.00 | $ |
| Home maintenance (repairs and upkeep) | $ 50.00 | $ |
| Food | $ 300.00 | $ |
| Clothing | $ 20.00 | $ |
| Laundry and dry-cleaning | $ 0 | $ |
| Medical and dental expenses | $ 0 | $ |
| Transportation (not including motor vehicle expenses | $ 0 | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ 20.00 | $ |
| Insurance (not deducted from wages or included in mortgage payments) Homeowner's or renter's | $ 35.00 | $ |

3

| | | |
|---|---|---|
| Life | $ __0__ | $ _____ |
| Health | $ __0__ | $ _____ |
| Motor vehicle | $ __0__ | $ _____ |
| Other: _____ | $ _____ | $ _____ |
| Taxes (not deducted from wages or included in mortgage payments) (specify): | $ __205.00__ | $ _____ |
| Installment payments | $ __0__ | $ _____ |
| Motor Vehicle | $ __0__ | $ _____ |
| Credit card (name): __Capital One__ | $ __170.00__ | $ _____ |
| Department store (name): _____ | $ _____ | $ _____ |
| Other: __Wells Fargo Home Equity Loan__ | $ __222.00__ | $ _____ |
| Alimony, maintenance, and support paid to others | $ __0__ | $ _____ |
| Regular expenses for operation of business, profession, or farm (attach detail)  general office supplies; most expenses covered in other areas of this form | $ __50.00__ | $ _____ |
| Other (specify): _____ | $ _____ | $ _____ |
| Total monthly expenses: | $ __1934.00__ | $ _____ |

**9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?**

[ ] Yes [ X] No  If yes, describe on an attached sheet.

**10. Have you paid-or will you be paying-an attorney any money for services in connection with this case, including the completion of this form?**

[ ] Yes [ X ] No  If yes, how much? $_____

If yes, state the attorney's name, address, and telephone number:

_____

_____

_____

4

**11. Have you paid-or will you be paying-anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?**

[ ] Yes [X] No   If yes, how much? $_____

If yes, state the person's name, address, and telephone number:

_____

_____

_____

**12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.**

Due to a protracted legal battle over the last three years and difficulties in the Macon County Illinois civil court, I have been financially devastated and am currently facing bankruptcy as my bills continue to mount.

**13. State the address of your legal residence.**

205 Saratoga Road

Normal Illinois  61761

_____

Your daytime phone number: ( 309 ) 452-7466

Your age: 38   Your years of schooling: 16

Your social-security number: _____ ·2224 _____

5